**No. 09-9454. Altemio Gonzales, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2360, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 3106, ▮

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 342 Fed. Appx. 446.

**No. 09-9455. Marco Green, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2360, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 3099.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 347 Fed. Appx. 483.

**No. 09-9457. Maurice Jones, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2360, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 3015.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9461. Rickey Lee Scott, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2361, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 3107.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9462. Andre De Leon-Quinones, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2361, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 3091.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 588 F.3d 748.

**No. 09-9463. Jerome Payton, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2361, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 3011.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9477. Bobby Weston, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2361, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 3051.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9479. Dominic A. Davis, aka Dominic Anthony Davis, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2361, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 3105.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 351 Fed. Appx. 248.

**No. 09-9486. Mario Alberto Simbaqueba Bonilla, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2361, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 2966.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 579 F.3d 1233.